# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| CARLY BECK, on behalf of herself and all others similarly situated, ) ) ) | |
| ) | Case No. 3:16-cv-455 |
| Plaintiff, ) ) | The Honorable Thomas M. Rose |
| v. ) ) | |
| STONY HOLLOW LANDFILL, INC., ) ) | |
| Defendant. ) | |

## ENTRY AND ORDER ON ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARD

Plaintiff, on behalf of herself and the Settlement Class, seeks an order approving attorneys' fees in the amount of $770,000, reimbursement of costs and expenses in the amount of $23,463.96, and a class representative incentive award in the amount of $5,000. (Doc. 36). Defendant takes no position on Plaintiff's application for attorneys' fees, costs, and incentive award. This Court, having approved the Class Action Settlement, and having reviewed Plaintiff's submission in support of the instant request, and for good cause shown:

**IT IS HEREBY ORDERED**, this 26th day of November, 2018, that pursuant to Federal Rule of Civil Procedure 23: Class Counsel is hereby awarded attorneys' fees in the amount of $770,000 and reimbursement of costs and expenses in the amount of $23,463.96, both to be paid from the Settlement Fund. Plaintiff is hereby awarded a class representative incentive award of $5,000, to be paid from the Settlement Fund.

**DONE and ORDERED** in Dayton, Ohio this Monday, November 26, 2018

*s/Thomas M. Rose*
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE